UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>KELVIN A. MASSEY<br>Defendant | CRIMINAL NO. 99CR051-01(PG) |

NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Restitution imposed in this case has been satisfied in full by defendant Kelvin A. Massey.

I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

In San Juan, Puerto Rico, this <u>27th</u> day of July 2007.

ROSA EMILIA RODRIGUEZ VELEZ
UNITED STATES ATTORNEY

S/ REBECCA VARGAS VERA
Assistant U.S. Attorney
Financial Litigation Unit
USDC ID NO. 203307
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico  00918
Tel. 766-5656